1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rose Soto and Charles Soto, | No. CV-06-2330-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Merck & Company, Inc., | |
| Defendant. | |

Pending before the Court is the Unopposed Motion of Defendant Merck & Company, Inc. to Stay All Proceedings in this action Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation. (Dkt. 7.)

The decision whether to grant a stay is within the inherent power of the Court and is discretionary. See Landis v. North Am. Co., 299 U.S. 248, 254-55 (1936). At least one case from this District has already been transferred to MDL-1657, and there are hundreds of others that have been transferred or are awaiting transfer in other districts. See Dkt. 7, Exs. A, B at Schedule A. The Court finds that granting a stay of the instant proceeding will promote judicial economy and conserve judicial resources. In addition, any prejudice to the Plaintiffs resulting from a stay would be minimal. In the absence of a stay, however, the risk of prejudice to Merck is significant.

Accordingly,

1  **IT IS HEREBY ORDERED GRANTING** Merck & Company, Inc.'s Unopposed
2  Motion to Stay All Proceedings in this action Pending a Decision on Transfer by the Judicial
3  Panel on Multidistrict Litigation.  (Dkt. 7.)
4  DATED this 9th day of November, 2006.

Stephen M. McNamee
United States District Judge